AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Mediterranea di Navigazone SpA<br>*Plaintiff*<br>v.<br>SGR Energy, Inc. et al<br>*Defendant* | )<br>)<br>) Civil Action No. 1:21-cv-01276-LPS-SRF<br>)<br>) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 01/10/2022 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 02/15/2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mediterranea di Navigazone SpA, | § § | |
| Plaintiff, | § § § | CIVIL ACTION NO.: 21-1276-LPS-SRF |
| v. | § § | IN ADMIRALTY, Rule 9(h) |
| SGR Energy, Inc., et al., | § § § | |
| Defendants and Garnishees. | § | |

## CLERK'S ENTRY OF DEFAULT JUDGMENT

AND NOW TO WIT THIS 10th day of January 2022, the Plaintiff, Mediterranea di Navigazone SpA, has filed a request for default judgment (D.I. 26);

WHEREAS, a Clerk's Entry of Default was entered on November 10, 2021 (D.I. 24); and

WHEREAS the Plaintiff, Mediterranea di Navigazone SpA has filed with its request an affidavit showing the sum certain of $2,067,268.91 due from Defendants SGR Energy Inc. and SGR Energy LLC, jointly and severally; and

WHEREAS Defendants SGR Energy Inc. and SGR Energy LLC are neither minors nor incompetent persons.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(b) that default judgment is hereby ENTERED against Defendants SGR Energy Inc. and SGR Energy LLC. Jointly and severally in the amount of $2,067,268.91 and costs.

John A. Cerino, Clerk

By: _____
DEPUTY CLERK

CERTIFIED:
AS A TRUE COPY: FEB 15 2022
ATTEST:
JOHN A. CERINO, CLERK
BY _____
Deputy Clerk