# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# Tyler Division

| | |
|---|---|
| Mediterranea di Navigazone SpA, | § |
| | § CIVIL ACTION NO.: 6:22-mc-2-JCB |
| Plaintiff, | § |
| | § |
| v. | §  IN ADMIRALTY, Rule 9(h) |
| | § |
| SGR Energy, Inc., et al., | § |
| | § |
| Defendants and Garnishees. | § |

## NOTICE OF DISMISSAL OF GARNISHEE
## TEXAS BANK AND TRUST COMPANY

Plaintiff Mediterranea di Navigazone SpA, pursuant to Fed. R. Civ. P. 41, hereby dismisses Garnishee Texas Bank and Trust Company from this action. Defendant and all other Garnishees are **not dismissed**.

Dated: March 24, 2022.

                                                      /s/ J. Stephen Simms  
                                                    J. Stephen Simms  
                                                    Simms Showers LLP  
                                                    201 International Circle, Ste. 230  
                                                    Baltimore, Maryland 21030  
                                                    Telephone:     (410) 783-5795  
                                                    Facsimile:      (410) 510-1789  
                                                    jssimms@simmsshowers.com

                                                    Counsel to Mediterranea di  
                                                    Navigazone SpA